IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
            Plaintiff,        )         4:03CR3010
                              )
     v.                       )
                              )
DENEAN L. SUCK,               )         ORDER
                              )
            Defendant.        )
_____)
```

This matter is before the Court on plaintiff's motion and request for hearing pursuant to Rule 35(b)(Filing No. 97). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; hearing on plaintiff's Rule 35(b) motion (Filing No. 96) is scheduled for hearing on:

**Thursday, August 4, 2005, at 10 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  Defendant need not be present.

DATED this 28th day of July, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court