```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | )   4:03CR3010 |
| v. | ) |
| DENEAN L. SUCK, | ) |
| | )   MEMORANDUM AND ORDER |
| Defendant. | ) |

A hearing was held before me this date on allegations made in the petition for action on conditions of pretrial release, filing 107. The defendant was present with counsel, and was advised of her rights. The defendant admitted the first of two allegations in the petition. I therefore find that the first allegation of violation of the order of release is true.

Regarding disposition, the government sought detention. The defendant submitted the matter. I agree that detention is appropriate.

IT THEREFORE HEREBY IS ORDERED,

1. The previous order of release, filing 106, is revoked, and the defendant shall be detained in the custody of the United States Marshal until further order.

2. The second allegation of the petition is denied as moot.

3. A revocation hearing is set for January 4, 2007 at 9:30 a.m. before the Honorable Lyle Strom, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED December 14, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge