IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CR3010 |
| | ) | |
| v. | ) | |
| | ) | |
| DENEAN L. SUCK, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

After hearing on the petition for warrant or summons for offender under supervision (Filing No. 102),

IT IS ORDERED that the hearing on said petition is continued to:

**Friday, January 12, 2007, at 11 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 4th day of January, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court