IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CR3010 |
| | ) | |
| v. | ) | |
| | ) | |
| DENEAN L. SUCK, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion to continue (Filing No. 114) the hearing on the petition for warrant or summons for offender under supervision (Filing No. 102). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that the hearing on said petition is continued to:

**Thursday, January 25, 2007, at 10:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 9th day of January, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court