IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:03CR3010 |
| v. | ) | |
| DENEAN L. SUCK, | ) | ORDER |
| Defendant. | ) | |

On January 25, 2007, the defendant appeared through counsel on a Petition for Action on Conditions of Release (Filing No.107), filed by the United States Probation Office. The defendant admitted to allegations 2 and 4. Accordingly,

IT IS ORDERED:

1) Allegations 1 and 3 are dismissed.

2) Defendant's supervised release is revoked.

3) Defendant is committed to the custody of the Bureau of Prisons for a term of eighteen (18) months followed by eighteen (18) months of supervised release, subject to the same terms and conditions imposed in the original judgment and committal order (Filing No. 85).

4) Defendant shall participate in the 500-hour comprehensive drug treatment program or any similar drug treatment program available.

DATED this 26th day of January, 2007.

BY THE COURT:

/s/ Lyle E. Strom

LYLE E. STROM, Senior Judge
United States District Court

-2-

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this _____ day of _____, 200\_\_.

_____
Signature of Defendant

## RETURN

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 200\_\_ to _____, with a certified copy of this judgment.

_____
UNITED STATES WARDEN

By: _____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 200\_\_\_.

_____
UNITED STATES WARDEN

By: _____